IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARVIUS D. SETTLES**  **PLAINTIFF**
*ADC #158466*

v.　　　　　　CASE NO. 2:25-CV-00075-BSM-PSH

**FRANKLIN GRAHAM,** *et al.*　　　　　　**DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Patricia S. Harris's partial recommendation [Doc. No. 13] is adopted, Jarvius Settles's claims against the defendants in their official capacities are dismissed without prejudice, Settles's claims against John Haynes are dismissed without prejudice, and the clerk is directed to terminate Haynes as a party.

IT IS SO ORDERED this 25th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE